UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>EDUARDO MONTANA,<br>    Defendant. | Criminal Action<br>No. 1:18-cr-10044-MPK-1 |

APPLICATION FOR EXPUNGEMENT/PETITION TO SEAL

I. **Introduction**

    Dr. Eduardo Montana is a Pediatric and Preventive Cardiologist who specializes in the practice of Pediatric Echocardiography, Family Preventive Cardiovascular Risk Factor Assessment as well as Sports Cardiology Assessment. Dr. Montana is a skilled and valued medical practitioner who has been serving the community for more than 25 years.

    This application for expungment/petition to seal stems from a 2018 misdemeanor violation of the Health Insurance Portability and Accountability Act ("HIPAA"), 42 U.S.C. § 1320D-6 to which Dr. Montana plead guilty. Dr. Montana both accepted responsibility for the HIPPA violation and, as anolwedged by Assistant United States Attorney Kriss Basil in the attached documentation, Dr. Montana was inceredibly cooperative in the government's further investigations into the pharmasutical company at issue by providing extensive information into his direct interaction with agents of the company as well as providing the government with his medical opinions regarding symptomology of a rare disease, the challenges of treating pediatric patients, and his views on the appropriate off-label uses of lipid-lowering therapies.

II. **Argument**

    We ask the Court to exercise its inherent equitable powers to
order expungement in this case as it is in the interest of justice to expunge Dr. Montana's

criminal record of this misdemeanor violation for Docket No. 1:18-cr-10044-MPK-1 or in the alternative to seal the record.

Since the time of the 2018 case with Docket No. 1:18-cr-10044-MPK-1 Dr. Montana has continued to use his skills to better the community and serve his patients. There have been no additional charges or allegations against Dr. Montana since the date in question.

The record of the criminal conviction in question does not serve to protect society as the allegations were not severe in nature and the Defendant both took responsibility for his actions and did everything in his power to aid the government in their investigation to hold the parties responsible.

Additionally, the record will not aid future criminal investigations as the government has already completed its investigation into the pharmasuetical company in question which resulted in a substantial financial penalty.

The mere existance of this conviction on Dr. Montana's criminal record likely enables future misuse of the records. This conviction could result in future employers refusing to hire Dr. Montana, and patients not seeking his medicial expertise due to this. Dr. Montana is a good doctor who strives to make sure all of his patients receive the best care possible and it would be a deteriment to society if he was not able to provide his services due to this conviction.

Furthermore, given the lack of severity of the allegations and the actions Dr. Montana has taken since to take responsibility and help bring the offending pharmasuetical company to justice, a true miscarriage of justice will occur if he is forced to acknowledge his record to patients, employers, and other institutions.

III.    **Conclusion**

For the reasons set forth above, we humbly ask the Court to exercise its inherent equitable powers to order expungement in this case as it is in the interest of justice to expunge Dr. Montana's criminal record of this misdemeanor violation for Docket No. 1:18-cr-10044-MPK-1 or in the alternative to Seal the docket.

>                           The Defendant,
>                           Eduardo Montana,
>                           By his Attorney,
>
>                           _/s/ Steven L. Goldwyn_____
>                           STEVEN GOLDWYN, ESQ.
>                           Atlman & Altman LLP
>                           250 First Avenue

                                                          Needham, Massachusetts 02494
                                                          (617) 492-3000

6/22/2022

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served by electronic mail on June 22, 2022, to the following recipients:

United States Attorney's Office
AUSA Kriss Basil
One Courthouse Way
Boston, Massachusetts 02210
617-748-3387
kriss.basil@usdoj.gov

                                                                                     Steven C. Goldwyn, Esq.