UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARDO MONTANA<br><br>    Defendant | No. 18-cr-10044-MPK |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXPUNGE**

The defendant, Dr. Eduardo Montana, has moved this Court to expunge or to seal his criminal record in the above-captioned case. The Court does not have jurisdiction to consider the defendant's motion. *United States v. Coloian*, 480 F.3d 47, 52 (1st Cir. 2007) (holding that a district court does not have jurisdiction "to consider" a defendant's request for the expungement of his criminal record on equitable grounds); *see also United States v. Hardy*, No. 91-cr-10180-ADB, 2017 U.S. Dist. LEXIS 87156, at *3 (D. Mass. June 7, 2017) ("The Court does not have the jurisdiction to expunge [the defendant's] criminal record on equitable grounds."); *United States v. MasMarques*, No. 09-10304-MLW, 2015 U.S. Dist. LEXIS 127664, at *6 (D. Mass. Sep. 22, 2015) (same); *United States v. Easton*, No. 00-40036-DHH, 2013 U.S. Dist. LEXIS 73203, at *1 (D. Mass. May 23, 2013) (same).[1]

---

[1] In *Coloian*, the First Circuit discussed expungement and sealing as equivalent. *See* 480 F.3d at 48 n.2. In *MasMarques* and in *Hardy*, the district courts rejected motions to seal, each noting the presumption of public access to judicial records. *See, e.g.*, *MasMarques*, 2015 U.S. Dist. LEXIS 127664, at *5 ("The presumptive public right of access to court records is not outweighed solely because the record has an adverse effect on the defendant's livelihood, as such rule would vitiate the presumptive public right of access."); *Hardy*, 2017 U.S. Dist. LEXIS 87156, at *2-3 (same).

Accordingly, the government respectfully submits that the Court should deny the defendant's motion based on lack of jurisdiction.

> Respectfully submitted,
>
> RACHAEL S. ROLLINS
> United States Attorney
>
> By: /s/Kriss Basil
> Kriss Basil
> Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> /s/Kriss Basil
> Kriss Basil
> Assistant United States Attorney